UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTIE L. NAFZIGER,

    Plaintiff,

v.                                        Case No.: 8:19-cv-02511-T-35TGW

GOSPEL CRUSADE, INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the entry of William E. Curphey, Esq. of the law firm of Curphey & Badger, P.A. as counsel for Defendant, Gospel Crusade, Inc., in this matter.

CURPHEY & BADGER, P.A.

By: */s/ William E. Curphey*
    WILLIAM E. CURPHEY, ESQ.
    Florida Bar No. 386741
    billcurphey@gmail.com
    25400 US Highway 19 North – Suite 236
    Clearwater, Florida  33763
    PH: 866-842-1129/FAX: 727-683-9675
    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

    */s/  William E. Curphey*
    ATTORNEY